JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE AMEZCUA<br><br>Plaintiff,<br><br>v.<br><br>WASTE MANAGEMENT, INC., a corporation, WESTERN WASTE INSDUSTRIES, an entity, GI INDUSTRIES, an entity, STEVE LEE, an individual, MIKE SMITH, an individual, MINDY PAAR, an individual, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:19−cv−04842−AB (RAOx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled; **IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 10, 2019  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE